BRATTON *v.* TROJAN BOAT COMPANY

This case is controlled by *Buscaino* v. *Rhodes* (1971), 385 Mich 474.

Appeal from Court of Appeals, Division 1, Holbrook, P. J., and McGregor and Bronson, JJ., reversing Wayne, Nathan J. Kaufman, J. Submitted June 8, 1971. (No. 3 June Term 1971, Docket No. 52,680.) Decided June 24, 1971. Opinion filed August 27, 1971.

19 Mich App 236 affirmed.

Complaint by Ruth Bratton for herself and as special administratrix of the estate of George Bratton, deceased, and by Carolyn Senay for herself and as guardian of Rochelle Senay, Marilyn Senay and Glen R. Senay, Jr., minors, against Trojan Boat Company for breach of warranty and negligence. Accelerated judgment for defendant as to adult plaintiffs. Adult plaintiffs appealed to the Court of Appeals. Reversed. Defendant appeals. Affirmed.

*Raymond L. Krell,* for plaintiffs.

*Sugar, Schwartz, Silver, Schwartz & Tyler,* for defendant.

PER CURIAM. For the reasons set forth in *Buscaino* v. *Rhodes* (1971), 385 Mich 474, released today, we hold that by filing his complaint within three

years from the date of injury the plaintiff here complied with the statute of limitations.

The Court of Appeals is affirmed.

Appellee may tax costs.

T. M. KAVANAGH, C. J., and BLACK, ADAMS, T. E. BRENNAN, T. G. KAVANAGH, SWAINSON, and WILLIAMS, JJ., concurred.